**F I L E D**
CLERK, U.S. DISTRICT COURT

01/28/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>BRIAN NGUYEN,<br><br>          Defendant. | CR No. 8:21-cr-00007-CJC<br><br>I N F O R M A T I O N<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(B)(ii): Possession With<br>Intent to Distribute Cocaine] |

The United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii)]

On or about September 20, 2017, in Orange County, within the Central District of California, defendant BRIAN NGUYEN knowingly and intentionally possessed with intent to distribute at least 500 grams, that is, approximately 3.789 kilograms, of a mixture and substance

///

///

1  containing a detectable amount of cocaine, a Schedule II narcotic

2  drug controlled substance.

3                                              TRACY L. WILKISON
                                               Acting United States Attorney

4

5                                              Scott M. Garringer
                                               Deputy Chief, Criminal Division For:

6                                              BRANDON D. FOX
                                               Assistant United States Attorney

7                                              Chief, Criminal Division

8                                              CAROL A. CHEN
                                               Assistant United States Attorney

9                                              Chief, International Narcotics,
                                                 Money Laundering, and

10                                               Racketeering Section

11                                             PUNEET V. KAKKAR
                                               Assistant United States Attorney

12                                             Deputy Chief, International
                                                 Narcotics, Money Laundering, and

13                                               Racketeering Section

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28